| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire/3162<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorneys for Creditor,<br>KEY BANK, N.A. | Order Filed on March 20, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| MIGDALIA VELEZ VALENTIN<br>F/K/A MIGDALIA FLORES<br>xxx-xx-5203<br><br>Debtor. | Chapter 7<br>Judge: CMG<br>Case No. 17-17768<br><br>Hearing Date: March 20, 2018 @ 10:00 a.m. |

## ORDER VACATING STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 20, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: MIGDALIA VELEZ VALENTIN
Case No: 17-17768/CMG
Caption of Order: ORDER VACATING STAY

---

Upon the motion of KEY BANK, N.A., ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following personal property:

2008 CHRYSLER TOWN & COUNTRY, VIN Number: ZA8HR54P98R838972.

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion who were not already served electronically by the court.