UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/3162
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515
Attorneys for Creditor,
KEY BANK, N.A.

MIGDALIA VELEZ VALENTIN
F/K/A MIGDALIA FLORES
xxx-xx-5203

Debtor.

Order Filed on March 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Judge: CMG

Case No. 17-17768

Hearing Date: March 20, 2018 @ 10:00 a.m.

## ORDER VACATING STAY AS TO PERSONAL PROPERTY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: March 20, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: MIGDALIA VELEZ VALENTIN
Case No: 17-17768/CMG
Caption of Order: ORDER VACATING STAY

---

Upon the motion of KEY BANK, N.A., ("Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain personal property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following personal property:

2008 CHRYSLER TOWN & COUNTRY, VIN Number: ZA8HR54P98R838972.

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion who were not already served electronically by the court.

United States Bankruptcy Court
District of New Jersey

In re:  
Migdalia Velez Valentin  
    Debtor

Case No. 17-17768-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Mar 20, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2018.  
db          +Migdalia Velez Valentin,   113 Durham Avenue,   Metuchen, NJ 08840-1371

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                     TOTAL: 0

                  ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2018 at the address(es) listed below:  
       Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
       Denise E. Carlon    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORPORATION  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Emmanuel J. Argentieri    on behalf of Creditor    Key Bank, N.A. bk@rgalegal.com  
       Jacqueline Rita Rocci    on behalf of Debtor Migdalia Velez Valentin jacqueline@rocciesquire.com, jrocci@optonline.net  
       John Michael McDonnell    jmcdonnell@mchfirm.com, jcohen@mchfirm.com;NJ95@ecfcbis.com  
       Karen E. Bezner    on behalf of Interested Party Qi Zhi Luan Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                   TOTAL: 7