Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                               Case No.:  17−17768−CMG
                               Chapter:  7
                               Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Migdalia Velez Valentin
   fka Migdalia Flores
   113 Durham Avenue
   Metuchen, NJ 08840

Social Security No.:
   xxx−xx−5203

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that John Michael McDonnell is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: April 17, 2018                    Christine M. Gravelle
                                          Judge, United States Bankruptcy Court